John Heenan
Joseph P. Cook
HEENAN & COOK
1631 Zimmerman Trail
Billings, MT 59102
Telephone: (406) 839-9091
Facsimile: (406) 839-9092
john@lawmontana.com
joe@lawmontana.com

Andrew Ferich *(Pro Hac Vice Pending)*
AHDOOT & WOLFSON, PC
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
aferich@ahdootwolfson.com

Tina Wolfson *(Pro Hac Vice Forthcoming)*
Robert Ahdoot *(Pro Hac Vice Forthcoming)*
AHDOOT & WOLFSON, PC
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Telephone: (310) 474-9111
Facsimile: (310) 474-8585
twolfson@ahdootwolfson.com
rahdoot@ahdootwolfson.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ALLISON SMELTZ et al., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LOGAN HEALTH and DOES I through X,<br><br>Defendant. | Cause No. 4:22-cv-00028-BMM-JTJ<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

COMES NOW, Plaintiff, by and through his counsel of record, and pursuant to Rule 41, F.R.Civ.P., dismisses this matter without prejudice.

Dated: May 26, 2022                              Respectfully submitted,

*s/ John Heenan*
John Heenan
**HEENAN & COOK**
1631 Zimmerman Trail
Billings, MT 59102
Telephone: (406) 839-9081
*john@lawmontana.com*